Fill in this information to identify your case:

United States Bankruptcy Court for the:

### District of Maine

Case number *(if known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Chase Custom Homes & Finance, Inc. |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Chase Renovations Fire and Water Damage Specialists <br> Chasecustom Homes & Finance, Inc. |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 01-0507636 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 290 Bridgton Road <br> Number      Street | Number      Street |
| | P.O. Box |
| Westbrook          ME    04092 <br> City              State   ZIP Code | City              State   ZIP Code |
| Cumberland County <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number      Street <br><br> City              State   ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | https://cchfi.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Chase Custom Homes & Finance, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

2361

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Chase Custom Homes & Finance, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

_____
Number          Street

_____

_____
City                                    State        ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Chase Custom Homes & Finance, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/15/2023___
MM / DD /YYYY

✗ _Terina Chase_                    Terina Chase
Signature of authorized representative of debtor      Printed name

Title _Authorized Party_

**18. Signature of attorney**

✗  /s/ Sam Anderson                    Date ___02/15/2023___
Signature of attorney for debtor                MM / DD /YYYY

Sam Anderson
Printed name

Bernstein Shur Sawyer & Nelson, P.A.
Firm name

100 Middle Street P.O. Box 9729
Number       Street

Portland                         ME      04101
City                             State   ZIP Code

2077741200                       sanderson@bernsteinshur.com
Contact phone                    Email address

9809                             ME
Bar number                       State

---

**Fill in this information to identify the case and this filing:**

Debtor Name _____Chase Custom Homes & Finance, Inc._____

United States Bankruptcy Court for the: ___District of Maine_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration _and List of Equity Security Holders_____   List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/15/2023__               ✖ /s/ Terina Chase
                                         _____
      MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                         Terina Chase
                                         _____
                                         Printed name

                                         Authorized Party
                                         _____
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Chase Custom Homes & Finance, Inc.___

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff * | Unsecured claim |
| 1 | Androscoggin Savings Bank Robert Westhoven, Loan Officer 30 Lisbon Street, P.O. Box 1407 Lewiston, ME, 04243 | c/o Randy Creswell, Creswell Law 207-358-1010 rcreswell@creswelllaw.com | Money loaned | | 5,965,521.96 | Unknown | 5,965,521.96 |
| 2 | Machias Savings Bank P.O. Box 318 Machias, ME, 04654 | Jeremy Fischer, Drummond Woodsum 207-253-0569 jfischer@dwmlaw.com | Money loaned | | 6,815,720.93 | Unknown | 2,805,170.93 |
| 3 | Skowhegan Savings Bank PO Box 250 Skowhegan, ME, 04976 | Steve Thomas, Sr. VP Commercial Loans 207-474-9511 Sthomas@skowhegansavings.com | Money loaned | | | | 2,298,713.12 |
| 4 | Bangor Savings Bank c/o Laura Huddy, Sr. VP P.O. Box 930 Bangor, ME, 04402 | Michael Hahn, Esq., Pearce, Down & Burns 207-541-2785 Michael.Hahn@bangor.com | Money loaned | | | | 2,012,194.44 |
| 5 | M&T Bank 350 Fore Street Portland, ME, 04101 | Aaron Burns, Esq. 207-822-9900 aburns@pearcedow.com | Money loaned | | | | 1,512,981.52 |
| 6 | Gorham Savings Bank Karl Suchecki,  - Executive VP 10 Wenworth Drive Gorham, ME, 04038 | Andrew Sparks, Esq., Drummond & Drummond 207-775-7338 asparks@ddlaw.com | Money loaned | | | | 1,116,207.09 |
| 7 | Norway Savings Bank 261 Main Street PO Box 347 Norway, ME, 04268 | Kelly McDonald, Esq., Murray Plumb & Murray 207-523-8219 kmcdonald@mpmlaw.com | Money loaned | | 779,037.10 | Unknown | 129,037.10 |
| 8 | Hancock Lumber 1267 Poland Spring Road Casco, ME, 04015 | Cindy Gaudin 207-627-2110 | Trade Debt | | | | 52,728.66 |

* Collateral does not include non-Debtor assets that may be pledged as collateral to certain creditors.  Collateral also does not include prejudgment attachment liens that are avoidable based on their timing.  All rights are reserved regarding claim amounts, claim status, collateral values, and the validity, extent, and priority of liens.

| Debtor | Chase Custom Homes & Finance, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Libby O'Brien Kingsley & Champion, LLC 62 Portland Road Suite 17 Kennebunk, ME, 04043 | 207-985-1815 | Trade Debt | | | | 13,607.40 |
| 10 | Alside Supply Center 88 Walch Drive Portland, ME, 04103 | 207-415-2459 | Trade Debt | | | | 7,395.97 |
| 11 | Terradyn Consultants, LLC 41 Campus Drive, Suite 101 New Gloucester, ME, 04260 | 207-926-5111 | Trade Debt | | | | 6,396.13 |
| 12 | Preti, Flaherty, Beliveau, Pachios & Haley P.O.BOX 9546 Portland, ME, 04112 | 207-791-3000 | Trade Debt | | | | 4,140.95 |
| 13 | MCC LLC 36 Curtis Farm Road Buxton, ME, 04093 | (207) 391-0540. | Trade Debt | | | | 4,000.00 |
| 14 | Camden National Bank 2 Elm Street PO Box 310 Camden, ME, 04843 | 207-230-5958 | Trade Debt | | | | 3,408.63 |
| 15 | Mount Vernon Fire Insurance Company 1190 Devon Park Drive P.O. Box 6700 Wayne, PA, 19087 | 888-523-5545 | Trade Debt | | | | 3,246.80 |
| 16 | Rolling Brook Homeowners Association 936 Roosevent Trail Suite 4 Windham, ME, 04062 | Dawn D. Dyer, Esq. 207 893-8100 | Trade Debt | | | | 3,040.10 |
| 17 | Sebago Signworks 206 Ossipee Trail Limington, ME, 04049 | 207-793-4440 | Trade Debt | | | | 2,136.38 |
| 18 | Cunningham Security Systems 10 Princes Point Road Yarmouth, ME, 04096 | 207-846-3350 | Trade Debt | | | | 1,704.60 |
| 19 | Central Maine Power 83 Edison Drive Augusta, ME, 04336 | 800-686-4044 | Trade Debt | | | | 1,631.29 |
| 20 | Pine Tree Waste Inc. PO BOX 1372 Williston, VT, 05495 | 888-485-1469 | Trade Debt | | | | 1,358.59 |

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Chase Custom Homes & Finance, Inc.
_____ Chapter _____  11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| John F. Chase Living Trust<br>290 Bridgton Road, Westbrook, ME 04092 | 100 | Common stockholder |

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MAINE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CHASE CUSTOM HOMES & FINANCE, INC.,**[1] | **Case No. 23-_____** |
| **Debtor.** | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor-in-possession (the "Debtor") respectfully represents that the following individuals and/or corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests:

John F. Chase Living Trust (100%).

---

[1] The last four digits of Chase Custom Homes & Finance, Inc.'s federal taxpayer identification number are 7636.  See 11 U.S.C. § 342(c)(1).  The principal place of business and address for Chase Custom Homes & Finance, Inc. is 290 Bridgton Road, Westbrook, Maine 04092.

## JOHN F. CHASE LIVING TRUST DATED NOVEMBER 29, 2001

## UNANIMOUS ACTIONS TAKEN BY CO-TRUSTEES REGARDING JOHN F. CHASE LIVING TRUST DATED NOVEMBER 29, 2001; CHASE CUSTOM HOMES & FINANCE, INC.; HAMILTON COURT, LLC; JENNA REALTY, INC.; AND AUTO SHINE CAR WASH, L.L.C.

The undersigned, constituting all of the co-trustees (the "Trustees") of the John F. Chase Living Trust Dated November 29, 2001 (the "Trust"), and in accordance with the First Amendment to and Restatement of the John F. Chase Living Trust Agreement Dated November 29, 2001 (as the same may have been or may be amended or restated from time to time), hereby consent to, approve, and adopt the following resolutions as Trustees of the Trust:

**WHEREAS:** The Trust, by and through the Trustees, is the sole shareholder of Chase Custom Homes & Finance, Inc. ("CCHF"); the sole member of Hamilton Court, LLC ("Hamilton"); the sole shareholder of Jenna Realty, Inc. ("Jenna"); and the sole member of Auto Shine Car Wash, L.L.C. ("Auto Shine"); and further

**WHEREAS:** The Trustees have reviewed and considered the financial and operating condition of the Trust, CCHF, Hamilton, Jenna, and Auto Shine, including the historical performance of the foregoing, their assets, their current and long-term liabilities, the market for their assets, credit market conditions, and macroeconomic conditions impacting the Trust, CCHF, Hamilton, Jenna, and Auto Shine, and the Trustees being apprised of the efforts to reorganize the Trust, CCHF, Hamilton, Jenna, and Auto Shine; and further

**WHEREAS:** The Trustees have determined it desirable and in the best interests of the beneficiaries of the Trust and of the Trust, CCHF, Hamilton, Jenna, and Auto Shine, and their respective creditors, and other interested parties, that petitions be filed by the Trust, CCHF, Hamilton, Jenna, and/or Auto Shine seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to possibly pursue debtor in possession financing, potential sales of some or all of their assets, and/or potential reorganizations; and further

**RESOLVED:** That the Trust be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Trust shall determine; and further

**RESOLVED:** That Terina Chase, Joshua Chase, and Ciarra Chase (collectively, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Trust, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-

DocuSign Envelope ID: C854EF38-C003-4DD8-8244-0239CEA5F832

possession loan documents, sale transaction documents (including, without limitation, deeds and bills of sale), and other similar papers, to take any and all such other and further actions which the Trust or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Trust's assets, retaining professionals in the Chapter 11 case, preparing and executing necessary documentation and reporting, and filing and prosecuting a plan of reorganization and/or liquidation; and further

**RESOLVED:** That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further

**RESOLVED:** That the Trust be and hereby is authorized to retain general bankruptcy counsel in connection with the Chapter 11 case (and to retain any additional specialized counsel as necessary) if the Trust determines that the filing of a voluntary petition for relief is proper, and to pay its general bankruptcy counsel (and other retained special counsel) at its standard hourly rates in connection with its representation of the Trust, and to provide its general bankruptcy counsel (and other retained special counsel) with a retainer in an amount to be agreed upon by general bankruptcy counsel (and other retained special counsel) and the Trust, and to reimburse its general bankruptcy counsel (and other retained special counsel) for any actual expenses incurred in connection with its employment by the Trust; and further

**RESOLVED:** That the Trust be and hereby is authorized to retain the accounting firm of Purdy, Powers & Company, P.A. ("Purdy Powers") as accountant and financial advisor to the Trust in connection with the Chapter 11 case if the Trust determines that the filing of a voluntary petition for relief is proper, and to pay Purdy Powers at its standard hourly rates in connection with its services to the Trust, and to provide Purdy Powers with a retainer in an amount to be agreed upon by Purdy Powers and the Trust, and to reimburse Purdy Powers for any actual expenses incurred in connection with its employment by the Trust; and further

**RESOLVED:** That the Trust be and hereby is authorized to sell, assign, transfer, or otherwise convey any assets of the Trust, for reasonable and appropriate value (which may include, without limitation, assumption of liabilities from the transferee) to CCHF, Hamilton, Jenna, Auto Shine, and/or any other affiliate or subsidiary of the Trust or any entity in which the Trust holds an ownership interest, and that the Authorized Parties are authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all documents (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may be required to execute such transactions; and further

**RESOLVED:** That it is desirable and in the best interests of the beneficiaries of the Trust and of CCHF, its creditors, and other interested parties that CCHF adopt a resolution substantially the same as the one attached hereto as **Exhibit A**; and further

**RESOLVED:** That it is desirable and in the best interests of the beneficiaries of the Trust and of Hamilton, its creditors, and other interested parties that Hamilton adopt a resolution substantially the same as the one attached hereto as **Exhibit B**; and further,

**RESOLVED:** That it is desirable and in the best interests of the beneficiaries of the Trust and of Jenna, its creditors, and other interested parties that Jenna adopt a resolution substantially the same as the one attached hereto as **Exhibit C**; and further,

**RESOLVED:** That it is desirable and in the best interests of the beneficiaries of the Trust and of Auto Shine, its creditors, and other interested parties that Auto Shine adopt a resolution substantially the same as the one attached hereto as **Exhibit D**.

[signature page to follow]

**CO-TRUSTEES, JOHN F. CHASE LIVING TRUST DATED NOVEMBER 29, 2001:**

Date: 11/12/2022

By: _____

Name: _____

Title:   Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

Date: 11/11/2022

By: _____

Name: Stephen E. Bailey

Title:   Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

Date: 11/11/2022

By: William Noone

Name: William Noone

Title:   Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

## **EXHIBIT A**

## CHASE CUSTOM HOMES & FINANCE, INC.

### ACTIONS TAKEN BY UNANIMOUS WRITTEN CONSENT OF
### SHAREHOLDERS WITHOUT A MEETING

The undersigned, constituting all of the shareholders (the "Shareholders") of Chase Custom Homes & Finance, Inc. (the "Company"), and in accordance with the Bylaws of the Company (as the same may have been or may be amended from time to time), and without a meeting with the written consent of the Shareholders, hereby consent to, approve, and adopt the following resolutions:

**WHEREAS:**     The Shareholders have reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Shareholders being apprised of the efforts to reorganize the Company; and further

**WHEREAS:**     The Shareholders have determined it desirable and in the best interests of the Company, and its respective creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to possibly pursue debtor in possession financing, the potential sale of some or all of its assets, and/or potential reorganizations; and further

**RESOLVED:**     That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

**RESOLVED:**     That Terina Chase, Joshua Chase, and Ciarra Chase (collectively, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-possession loan documents, sale transaction documents (including, without limitation, deeds and bills of sale), and other similar papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, retaining professionals in the Chapter 11 case, preparing and executing necessary

6

documentation and reporting, and filing and prosecuting a plan of reorganization and/or liquidation; and further,

**RESOLVED:** That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case (and to retain any additional specialized counsel as necessary) if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN (and other retained counsel) at its standard hourly rates in connection with its representation of the Company, and to provide BSSN (and other retained counsel) with a retainer in an amount to be agreed upon by BSSN (and other retained counsel) and the Company, and to reimburse BSSN (and other retained counsel) for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the accounting firm of Purdy, Powers & Company, P.A. ("Purdy Powers") as accountant and financial advisor to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay Purdy Powers at its standard hourly rates in connection with its services to the Company, and to provide Purdy Powers with a retainer in an amount to be agreed upon by Purdy Powers and the Company, and to reimburse Purdy Powers for any actual expenses incurred in connection with its employment by the Company.

[Signatures on following page]

**SHAREHOLDERS OF CHASE CUSTOM HOMES & FINANCE, INC.:**

11/12/2022
Date: _____

By: _____

Name: _____

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

Date: 11/11/2022

*Stephen E Bailey*

Stephen E. Bailey

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

Date: 11/11/2022

*William Noone*

By: *William Noone*

Name: _____

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

8

## **EXHIBIT B**

9

# HAMILTON COURT, LLC

## ACTIONS TAKEN BY UNANIMOUS WRITTEN CONSENT OF
## SOLE MEMBER WITHOUT A MEETING

The undersigned, constituting the sole member (the "Member") of Hamilton Court, LLC (the "Company"), and in accordance with the Operating Agreement of the Company dated May 9, 2006 (as the same may have been or may be amended from time to time), and without a meeting with the written consent of the Member, hereby consents to, approves, and adopts the following resolutions:

**WHEREAS:** The Member has reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Member being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The Member has determined it desirable and in the best interests of the Company, and its respective creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to possibly pursue debtor in possession financing, the potential sale of some or all of its assets, and/or potential reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

**RESOLVED:** That Terina Chase, Joshua Chase, and Ciarra Chase (collectively, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-possession loan documents, sale transaction documents (including, without limitation, deeds and bills of sale), and other similar papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, retaining professionals in the Chapter 11 case, preparing and executing necessary

10

documentation and reporting, and filing and prosecuting a plan of reorganization and/or liquidation; and further,

**RESOLVED:**   That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**   That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case (and to retain any additional specialized counsel as necessary) if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN (and other retained counsel) at its standard hourly rates in connection with its representation of the Company, and to provide BSSN (and other retained counsel) with a retainer in an amount to be agreed upon by BSSN (and other retained counsel) and the Company, and to reimburse BSSN (and other retained counsel) for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:**   That the Company be and hereby is authorized to retain the accounting firm of Purdy, Powers & Company, P.A. ("Purdy Powers") as accountant and financial advisor to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay Purdy Powers at its standard hourly rates in connection with its services to the Company, and to provide Purdy Powers with a retainer in an amount to be agreed upon by Purdy Powers and the Company, and to reimburse Purdy Powers for any actual expenses incurred in connection with its employment by the Company.

[Signatures on following page]

11

**SOLE MEMBER OF HAMILTON COURT, LLC:**

11/12/2022
Date: _____

By: _____

Name: _____

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

11/11/2022
Date: _____

By: _____

Name: _____

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

11/11/2022
Date: _____

By: _____

Name: _____

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

**EXHIBIT C**

# JENNA REALTY, INC.

## ACTIONS TAKEN BY UNANIMOUS WRITTEN CONSENT OF
## SHAREHOLDERS WITHOUT A MEETING

The undersigned, constituting all of the shareholders (the "Shareholders") of Jenna Realty, Inc. (the "Company"), and in accordance with the Bylaws of the Company (as the same may have been or may be amended from time to time), and without a meeting with the written consent of the Shareholders, hereby consent to, approve, and adopt the following resolutions:

**WHEREAS:** The Shareholders have reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Shareholders being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The Shareholders have determined it desirable and in the best interests of the Company, and its respective creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to possibly pursue debtor in possession financing, the potential sale of some or all of its assets, and/or potential reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

**RESOLVED:** That Terina Chase, Joshua Chase, and Ciarra Chase (collectively, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-possession loan documents, sale transaction documents (including, without limitation, deeds and bills of sale), and other similar papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, retaining professionals in the Chapter 11 case, preparing and executing necessary documentation and reporting, and filing and prosecuting a plan of

14

DocuSign Envelope ID: 4D54A38E-90A0-4D2A-...

reorganization and/or liquidation; and further,

**RESOLVED:** That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case (and to retain any additional specialized counsel as necessary) if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN (and other retained counsel) at its standard hourly rates in connection with its representation of the Company, and to provide BSSN (and other retained counsel) with a retainer in an amount to be agreed upon by BSSN (and other retained counsel) and the Company, and to reimburse BSSN (and other retained counsel) for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the accounting firm of Purdy, Powers & Company, P.A. ("Purdy Powers") as accountant and financial advisor to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay Purdy Powers at its standard hourly rates in connection with its services to the Company, and to provide Purdy Powers with a retainer in an amount to be agreed upon by Purdy Powers and the Company, and to reimburse Purdy Powers for any actual expenses incurred in connection with its employment by the Company.

[Signatures on following page]

**SHAREHOLDERS OF JENNA REALTY, INC.:**

Date: 11/12/2022

By: _____
Name: _____
Title:   Co-Trustee, John F. Chase Living Trust Dated
          November 29, 2001 and any amendments thereto

Date: 11/11/2022

By: _____
Stephen E Bailey
Name: _____
Title:   Co-Trustee, John F. Chase Living Trust Dated
          November 29, 2001 and any amendments thereto

Date: 11/11/2022

By: _____
William Moone
Name: _____
Title:   Co-Trustee, John F. Chase Living Trust Dated
          November 29, 2001 and any amendments thereto

**EXHIBIT D**

# AUTO SHINE CAR WASH, L.L.C.

## ACTIONS TAKEN BY UNANIMOUS WRITTEN CONSENT OF
## SOLE MEMBER WITHOUT A MEETING

The undersigned, constituting the sole member (the "Member") of Auto Shine Car Wash, L.L.C. (the "Company"), and in accordance with the Operating Agreement of the Company dated May 22, 2006 (as the same may have been or may be amended from time to time), and without a meeting with the written consent of the Member, hereby consents to, approves, and adopts the following resolutions:

**WHEREAS:** The Member has reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Member being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The Member has determined it desirable and in the best interests of the Company, and its respective creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to possibly pursue debtor in possession financing, the potential sale of some or all of its assets, and/or potential reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

**RESOLVED:** That Terina Chase, Joshua Chase, and Ciarra Chase (collectively, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-possession loan documents, sale transaction documents (including, without limitation, deeds and bills of sale), and other similar papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, retaining professionals in the Chapter 11 case, preparing and executing necessary

18

documentation and reporting, and filing and prosecuting a plan of reorganization and/or liquidation; and further,

**RESOLVED:** That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case (and to retain any additional specialized counsel as necessary) if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN (and other retained counsel) at its standard hourly rates in connection with its representation of the Company, and to provide BSSN (and other retained counsel) with a retainer in an amount to be agreed upon by BSSN (and other retained counsel) and the Company, and to reimburse BSSN (and other retained counsel) for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the accounting firm of Purdy, Powers & Company, P.A. ("Purdy Powers") as accountant and financial advisor to the Company in connection with the Chapter 11 case if the Company determines that the filing of a voluntary petition for relief is proper, and to pay Purdy Powers at its standard hourly rates in connection with its services to the Company, and to provide Purdy Powers with a retainer in an amount to be agreed upon by Purdy Powers and the Company, and to reimburse Purdy Powers for any actual expenses incurred in connection with its employment by the Company.

[Signatures on following page]

**SOLE MEMBER OF AUTO SHINE CAR WASH, L.L.C.:**

Date: 11/12/2022

By:

Name:

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

Date: 11/11/2022

Stephen E. Bailey

Name: Stephen E. Bailey

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

Date: 11/11/2022

William Noone

By:

Name: William Noone

Title: Co-Trustee, John F. Chase Living Trust Dated
November 29, 2001 and any amendments thereto

United States Bankruptcy Court

District of Maine

In re:  Chase Custom Homes & Finance, Inc.                Case No.

                                                          Chapter    11

              Debtor(s)

**Verification of Creditor Matrix**

   The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:  _____02/15/2023_____          /s/ Terina Chase
                                     _____
                                     Signature of Individual signing on behalf of debtor

                                     Authorized Party
                                     _____
                                     Position or relationship to debtor

207 Landscaping LLC
166 Narragansett Street
Gorham, ME 04038

207 Landscaping LLC
166 Narragansett Street
Gorham, ME 40385

A-Z Water Systems
24 Freedom Drive
Standish, ME 04084

Acadia
P.O. Box 639804
Cincinnati, OH 45263-9804

Advocate Media USA, Inc.
80 Exchange Street
Portland, ME 04101

Agren Appliance
40 Minot Avenue
Auburn, ME 04210

Aime Ntwari Shyaka

ALSIDE SUPPLY CENTER
88 Walch Drive
Portland, ME 04103

Alside Supply Center
88 Walch Drive
Portland, ME 04103

Andrew & Alicia Strout
91 Tapley Road
Saco, ME 04072

Androscoggin Bank
c/o Randy Creswell, Esq. - Creswell Law
P.O. Box 7340
Portland, ME 04112

Androscoggin Bank
c/o Robert Westhoven - Lead Commercial L
30 Lisbon Street, PO Box 1407
Lewiston, ME 04243

Androscoggin Savings Bank
Robert Westhoven, Loan Officer
30 Lisbon Street, P.O. Box 1407
Lewiston, ME 04243

AP Concrete Floors,Inc
C/O Thad Phinney
P.O. Box 1113
Gray, ME 04039

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Atlantic Casualty
400 Commerce Ct.
Goldsboro, NC 27534

B2 Electric LLC
217 B Prospect St
Westbrook, ME 04092

Bangor Savings Bank
c/o Michael Hahn, Esq.
280 Fore Street
Portland, ME 04101

Bangor Savings Bank
c/o Laura Huddy - Senior Vice President
PO Box 930
Bangor, ME 04402-0930

Bangor Savings Bank
c/o Laura Huddy, Sr. VP
P.O. Box 930
Bangor, ME 04402

Bath Savings Institution
105 Front Street
Bath, ME 04530

Builders Installed Products (336)
515 Riverside Industrial Parkway
Portland, ME 04103

Builders Insralled Products
515 Riverside Industrial Parkway
Portland, ME 04103

Camden National Bank
2 Elm Street
PO Box 310
Camden, ME 04843

Central Maine Power
83 Edison Drive
Augusta, ME 04336

Champagne Energy
844 Old Post Road
Kennebunkport, ME 04046

Champagne's Energy
844 Old Post Road
Arundel, ME 04046

Chris & Monica Miller
P.O. Box 3691
Auburn, ME 04212

Chris Small Builders
36 Curtis Farm Road
West Buxton, ME 04093

Ciarra Chase
PO box 2275
Windham, ME 04062

City of Lewiston
City Hall
27 Pine Street
Lewiston, ME 04240

City of Westbrook
2 York Street
Westbrook, ME 04092

Classic Flooring
429 US-1
Scarborough, ME 04074

Clement Bros Lawn and Landscape
20 Clement Road
Naples, ME 4055

Community Health
P.O. Box 986529
Boston, MA 02298

Concrete Construction Inc
768 Cumberland Street
Westbrook, ME 04092

Consolidated Communications
P.O. Box 70347
Philadelphia, PA 19176-0347

Cunningham Security Systems
10 Princes Point Road
Yarmouth, ME 04096

Curtis Excavating
20 Riverside Place
Kennebunk, ME 04043

Cutters Edge Lawn Maint. & Hydroseed
209 Albion Road
Windham, ME 04062

Darryl and Linda DelPonte
175 Mt. Hunger Shore Rd.
Windham, ME 04062

Dave's Appliance
59 Central Street
Winthrop, ME 04364

DEWS DOOR COMPANY INC
P.O. Box 485
Cumberland Center, ME 04021

Don Work Property Service
540 East Bridge Street
Westbrook, ME 04092

Done Right Insulation, Inc
P.O. Box 0688
Standish, ME 04084

Downeast Energy
P.O. Box 70720
Philadelphia, PA 19176-0720

Duffy's Painters
920 River Road
Windham, ME 04062

EG Mechanical LLC
P.O. Box 1430
Standish, ME 04084

Egbert's Lawncare LLC
3 Stonegate Way
Gorham, ME 04038

Epstein & Donovan, LLP
Two Monument Square
Portland, ME 04101

Eric Loweil
461 Bridge Street
Westbrook, ME 04092

Erine and Jonathan Grant
28 Natures Way
Steep Falls, ME 04085

Evergreen Credit Union
P.O. Box 1038
Portland, ME 04104

Free Energy Maine
22 Brook Road
Portland, ME 4103

FREEDOM FIRE PROTECTION, INC.
P.O. Box 9
Poland, ME 4274

Gene R. Libby, Esq.
Libby O'Brien Kingsley & Champion LLC
62 Portland Road, Suite 17
Kennebunk, ME 4043

Gorham Savings Bank
c/o Andrew Sparks, Esq. - Drummond & Dru
One Monument Way
Portland, ME 04101

Gorham Savings Bank
c/o Karl Suchecki - Executive Vice Presi
10 Wenworth Drive
Gorham, ME 04038

Gorham Savings Bank
Karl Suchecki,  - Executive VP
10 Wenworth Drive
Gorham, ME 04038

Great America Financial Services
625 First Street SE
Cedar Rapids, HI 52401

Great American Financial Services
625 First Street Se
Cedar Rapids, IA 52401

Hancock Lumber
1267 Poland Spring Road
Casco, ME 4015

Hancock Lumber
1267 Poland Spring Road
Casco, ME 04015

Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

ION Networking
1 Percy Hawkes Road
Windham, ME 4062

JAMES GEDARO PLUMBING & HEATING
P.O. Box 1567
Scarborough, ME 4070

James Mancini (Mountain Man) Septic
P.O. Box 4000-160
Windham, ME 4062

Jeff Danis
7 Harrison Avenue, 2nd Floor
Biddeford, ME 4005

JEFFS ELECTRIC,LLC
42 Ambrose Circle
Gray, ME 4039

Jen & Tyler Smith
1 Bisbee Street
Lisbon, ME 04250

JOSEPH RICHARD ELECTRIC INC.
595 River Road
Windham, ME 4062

Joshua Chase
PO Box 2275
Windham, ME 04062

K&D Millworks Inc
7 Danielle Drive
Windham, ME 4062

LEAVITT EARTHWORKS CO., JNC
P.O. Box 703
Standish, ME 4084

Libby O'Brien Kingsley & Champion, LLC
62 Portland Road
Suite 17
Kennebunk, ME 04043

Liberty  Mutual
P.O. Box 2839
New York, NY 10116-2839

Lori Wood
38 Peavey Avenue
Windham, ME 04062

M&T Bank
350 Fore Street
Portland, ME 04101

M&T Bank
c/o Aaron Burns
2 Monument Sq # 901
Portland, ME 04101

M&T Bank
350 Fore Street
Portland, ME 04101

Machias Savings Bank
c/o Jeremy R. Fischer, Esq. - Drummond W
84 Marginal Way, Suite 600
Portland, ME 04101

Machias Savings Bank
PO Box 318
Machias, ME 04654

Machias Savings Bank
P.O. Box 318
Machias, ME 04654

Maine Merchants Association
5 Wade Street
P.O. Box 5060
Augusta, ME 04332

Maine Revenue Services
c/o Kaitlyn M. Husar, Esq.
6 State House Station
Augusta, ME 04333

MCC LLC
36 Curtis Farm Road
Buxton, ME 04093

McFarland Spring Corp
280 Warren Avenue
Portland, ME 4103

McFarland Spring Corp
280 Warren Avenue
Portland, ME 04103

Michelle Drown and Michael Chandler
29 Callaway
Windham, ME 04062

Modern Pest Services
34 Thomas Drive
Westbrook, ME 04092

Morin & Sons Drywall
81 Pinewood Drive
Auburn, ME 4210

Mount Vernon Fire Insurance Company
1190 Devon Park Drive
P.O. Box 6700
Wayne, PA 19087

Northeast Laboratory Services
P.O. Box 788
Waterville, ME 4903

Northwest Mutual Insurance
720 East Wisconson Ave
Milwaukee, WI 53202

Northwestern Mutual
P.O. Box 3009
Milwaukee, WI 53201-3009

Norway Savings Bank
261 Main Street
PO Box 347
Norway, ME 04268

Norway Savings Bank
c/o Kelly McDonald, Esq. - Murray, Plumb
77 Pearl Street, PO Box 9785
Portland, ME 04104

Office of the U.S. Attorney
202 Harlow Street, Room 111
Bangor, ME 04401-4919

Office of U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

P&C Automotive (Interest)
128 Main Street
Windham, ME 04062

Pape Chevrolet
425 Westbrook Street
South Portland, ME 4106

Pape Chevrolet
425 Westbrook Street
South Portland, ME 04106

Patrick Mulonda
1500 Forest Avenue
Apt. 13D
Portland, ME 04103

Peerless
175 Berkeley Street
Boston, MA 02116

Pine Tree Waste
P.O. Box 1372
Willston, VT 05495-1372

Pine Tree Waste Inc.
PO BOX 1372
Williston, VT 05495

Pitney Bowes
P.O. Box 981022
Boston, MA 02298-1022

Pitney Bowes, Inc.
PO BOX 981022
Boston, MA 02298

Portland Glass
P.O. Box 10700
Portland, ME 4104

Portland Water District
225 Douglass Street
Portland, ME 04104-3553

Portland Water District
225 Douglass Street
Portland, ME 04104

Presumpscot Estates Condo Association
P.O. Box 957
Portland, ME 4104

Preti Flaherty
P.O. Box 9546
Portland, ME 04112-9546

Preti, Flaherty, Beliveau, Pachios & Haley
P.O.BOX 9546
Portland, ME 04112

Principal Financial
P.O. Box 77202
Minneapolis, MN 55480-7200

Progressive
6300 Wilson Mills Road
Mayfield Village, OH 44143

Purdy Powers & Company
130 Middle Street
Portland, ME 4101

Pure Clean Co.

Rick's Tub & Shower Repair
64 New Island Avenue
Portland, ME 4108

Rick's Tub & Shower Repair
64 New Island Avenue
Portland, ME 04108

Robert Aube
87 Union Street
Westbrook, ME 04092

Robert Pump
56 White's Bridge Road
Windham, ME 04062

Robert Taylor
12 Allegra Way
Buxton, ME 04093

Rodrigue Manirakiza
238 Auburn Street
Apt. D37
Portland, ME 04103

Rolling Brook Homeowners Association
936 Roosevent Trail
Suite 4
Windham, ME 04062

Saco & Biddeford Savings
Attn: Wayne Johnson, AVP/Loan Officer
50 Industrial Park Road
Saco, ME 04072

Sebago Signworks
206 Ossipee Trail
Limington, ME 4049

Sebago Signworks
206 Ossipee Trail
Limington, ME 04049

SEBAGO TECHNICS, INC,
75 John Roberts Rd Suite 4a
South Portland, ME 04106-6963

Sebago Technics, Inc.
75 John Roberts Rd Suite 4A
South Portland, ME 04106

Secured Records
5 Dunaway Drive
Sanford, ME 04073

Shkelqim and Violta Dobra
49 Orion Way
Windham, ME 04062

Skowhegan Savings Bank
PO Box 250
Skowhegan, ME 04976

Spectrum

Spectrum Enterprise
P.O. Box 223085
Pittsburgh, PA 15251-2085

State of Maine (Gray Daycare)
322 West Gray Road
Gray, ME 04039

Susan Stiles
PO Box 563
Windham, ME 04062

Terina Chase
PO Box 897
Westbrook, ME 04098

Terradyn Consultants, LLC
41 Campus Drive, Suite 101
New Gloucester, ME 4260

Terradyn Consultants, LLC
41 Campus Drive, Suite 101
New Gloucester, ME 04260

Terry M adore
11 James St
Saco, ME 4072

The Hanover Insurance Group
440 Lincoln Street
Worcester, MA 01653

The Hartford
175 Running Hill Road
South Portland, ME 04106

The Schoolhouse, LLC
1220 Methodist Road
Westbrook, ME 04092

The Windham Eagle
588 Roosevelt Trail
Windham, ME 4062

The Windham Eagle
588 Roosevelt Trail
Windham, ME 04062

Thomas Courtney & Megan Holden
9 Austin's Way
Gorham, ME 04038

Tia Cobb (Suite 4 office rental)
290 Bridgton Road Suite 4
Westbrook, ME 04092

Tim Norton
Kelly, Remmel & Zimmerman
53 Exchange St
Portland, ME 04101

TJ & Destiny Ferland
12 Glenview Drive
Sabattus, ME 04280

Tom Lambert
165 Marrett Street
Westbrook, ME 4092

Town of Buxton
c/o LeeAnn Pratt - Tax Collector
185 Portland Road
Buxton, ME 04093

Town of Casco
635 Meadow Road
Casco, ME 04015

Town of Falmouth
271 Falmouth Road
Falmouth, ME 4105

Town of Gorham
75 South Street
Suite 1
Gorham, ME 04038

Town of Gray
24 Main Street
Gray, ME 4039

Town of Naples
15 Village Green Lane
Naples, ME 4055

Town of Raymond
401 Webbs Mills Road
Raymond, ME 04071

Town of Sabattus
190 Middle Road
Sabattus, ME 4280

Town of Standish
175 Northeast Road, Rte 35
Standish, ME 4084

Town of Windham
8 School Road
Windham, ME 04062

USLI
1190 Devon Park Drive
P.O. Box 6700
Wayne, PA 19087

Wallace Home Improvement
7 Wallace Ave
Gray, ME 4039

White Mountain Homes & Cabinetry
94 Jordan Road
Buckfield, ME 04220

Wire Up Electric
P.O. Box 805
Westbrook, ME 04098

Zamboni
C/O Kelly McDonald, Esq. - Murray Plumb
77 Pearl Street, P.O. Box 9785
Portland, ME 4104